**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| SAMANTHA ELIZABETH FORSYTHE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-21-1145-J |
| | ) | |
| MICHAEL CARR, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Plaintiff, a federal prisoner appearing pro se, has filed a Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241. The matter was referred to United States Magistrate Judge Shon T. Erwin for initial proceedings consistent with 28 U.S.C. § 636. [Doc. No. 3]. On January 7, 2022, Judge Erwin issued a Report and Recommendation recommending the transfer of this action, for lack of jurisdiction, to the United States District Court for the Northern District of Texas. [Doc. No. 6]. Plaintiff was advised of her right to object to the Report and Recommendation by January 24, 2022. Plaintiff has filed no objection and has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 6] and TRANSFERS this case to the United States District Court for the Northern District of Texas.

IT IS SO ORDERED this 8th day of February, 2022.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE